FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   4:07CR00083-01GH |
| v. | ) | |
| | ) | |
| PALMER TYSON STUBBLEFIELD | ) | 18 U.S.C. § 1029(a)(2) |
| | ) | 18 U.S.C. §982(a)(2)(B) |
| | ) | 18 U.S.C. §§ 3013 & 3571 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 31, 2005 through March, 2006, in the Eastern District of Arkansas, the defendant,

### PALMER TYSON STUBBLEFIELD,

knowingly and with the intent to defraud, obtained and used an unauthorized access device to obtain a credit card. PALMER TYSON STUBBLEFIELD, fraudulently used to wit: HSBC card services card, Acct # XXXXXXXXXXXXX2943 issued to another, and with said access device, PALMER TYSON STUBBLEFIELD directed over $1,000.00 in unauthorized charges to the above referenced account and such transactions affected interstate commerce. Such conduct by PALMER TYSON STUBBLEFIELD was all in violation of Title 18, United States Code, Section 1029(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Information, the defendant,

### PALMER TYSON STUBBLEFIELD,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 1029(a)(2), and Title 18, United States Code, Section 982(a)(2)(B), the property involved in the commission of the offense including but not limited to the following:

1. Dell 50 inch plasma TV ser# tw-0k9264-s0082-610-0005 w/remote

2. Gray 3 tier glass top TV/audio stand(bello)model avs-42t

3. Lg DVD recorder/VCR combo/ receiver model #Lhy518

4. Lg 8 piece surround sound ser #3720rlt9508

5. Xbox 360 with controllers/cords/headsets/carrying case

6. 5 xbox 360 games(Halo 2,call of duty 2,fifa06, fight night rd3, tiger woods pga06)

7. 1 dell box with assorted cords/speaker cable/ power bars/ assorted manual to electronic devices

8. Pioneer cd changer/stereo ser # ql3609057vt

9. Onkyo fm stereo/am receiver ser # 1220025244

10. mail: FOP letter (Ricky Williamson), Entergy bill (Ron Thomas 916 golflinks dr.), Crutchfield magazine (Joseph Chandler)

11. 2 floor standing lava lamps SN 99-0318bk

12. 1 Toshiba VCR ser 4 head #42677637

13. Laptop IBM computer ser # 97-811p6

14. Computer system labeled c1; hp Pavilion 500 PC tower ser# kr15110582, keyboard ser # bf14915510, hp monitor mx50 ser # thtdx33044 w/ attached microphone, canon canoscan fb620u ser # cxd095843, 1 web cam vero stingray ser# 330vb27x011578, hp mouse ser# lzb84581140, sbc dsl modem ser# 415115102563, 2 creative speakers ser #c8mf0030342004255n, and assorted connector and cables.

15. Computer system labeled c2; Magnatronic 3855 tower with no visible ser#, keyboard ser# c66043309, emachine monitor ser #m408a100-36792, emachine mouse ser# 307c10416, pair general electric speakers no ser#, and a bag of assorted cable and connectors.

16. Computer tower found in closet labled c3 hp 4463ser# us906611406

17. Hp desk-jet printer ser# th8c21z3dn

18. 1 bag containing:

(a) 1 Quantum hard drive ser #675835533816

(b) 1 Conner hard drive ser# 94112-031

(c) pair e machines speakers ser# 1290620503348

(d) hp mouse ser# k014429943

(e) blue Motorola phone ens# 11906885568

(f) 1 Xbox controller ser# kd701264701

(g) 1 fellowes thumb type mouse ser#3025016

19. 1 bag containing various cables, disks, and power supply

20. 1 bag containing of assorted paperwork, cds, and porn magazines

21. HP Blackberry

22. Playstation 2 game console

23. Nokia Cell Phone.


TIM GRIFFIN
UNITED STATES ATTORNEY

_____
UNITED STATES ATTORNEY/ASSISTANT
By: EDWARD O. WALKER
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600