IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,
Plaintiff,

v.                                    NO.    4:07CR00083-01 SWW

PALMER TYSON STUBBLEFIELD
Defendant.

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 29, 2007, this Court entered a Preliminary Order of Forfeiture, ordering the defendant to forfeit his interest in the following:

1. Dell 50 inch plasma TV serial number tw-0k9264-s0082-610-0005 with remote.
2. Gray 3 tier glass top TV/Audio stand Bellow model avs-42t .
3. Large DVD Recorder/VCR combo/ receiver model number Lhy518 .
4. Large  8 piece surround sound serial number 3720rlt9508 .
5. Xbox 360 with controllers/cords/headsets/carrying case.
6. 5- Xbox 360 games(Halo 2,Call of Duty 2, FiFi 06, Fight Night RD3, Tiger Woods PGA 06)
7. 1 Dell box with assorted cords/speaker cable/ power bars/ assorted manuals to electronic devices.
8. Pioneer CD Changer/Stereo serial number  ql3609057vt.
9. Onkyo FM Stereo/AM Receiver serial number 1220025244.
10.  mail: FOP letter (Ricky Williamson), Entergy bill (Ron Thomas 916 Golf Links Dr..), Crutchfield magazine (Joseph Chandler).
11. 2 floor standing lava lamps serial number 99-0318bk.
12. 1 Toshiba  4 head VCR serial number 42677637.
13. Laptop IBM computer serial number 97-811p6.
14. Computer system labeled c1; HP Pavilion 500 PC tower serial number kr15110582, keyboard serial number bf14915510, HP monitor MX 50 serial number  thtdx33044 w/ attached microphone, Canon Canoscan FB620u serial

      number cxd095843, 1 Vero Stingray web cam serial number 330vb27x011578, HP mouse serial number lzb84581140, SBC DSL modem serial number 415115102563, 2 Creative speakers serial number c8mf0030342004255n, and assorted connector and cables.

15. Computer system labeled C2; Magnatronic 3855 tower with no visible serial number, keyboard serial number c66043309, Emachine monitor serial number m408a100-36792, Emachine mouse serial number 307c10416, one pair of General Electric speakers no serial number, and a bag of assorted cable and connectors.

16. Computer tower found in closet labeled c3 hp 4463 serail number us906611406.

17. HP Deskjet printer serial number th8c21z3dn.

18. 1 bag containing:

    (a) 1 Quantum hard drive serial number 675835533816
    (b) 1 Conner hard drive serial number 94112-031
    (c) pair E machines speakers serial number 1290620503348
    (d) HP mouse ser# k014429943
    (e) Blue Motorola phone ENS number 11906885568
    (f) 1 Xbox controller serial number kd701264701
    (g) 1 Fellowes thumb type mouse serial number 3025016

19. 1 bag containing various cables, disks, and power supply.

20. 1 bag containing of assorted paperwork, CD's, and pornography magazines.

21. HP Blackberry.

22. Playstation 2 game console .

23. Nokia Cell Phone .

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendant;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 23rd day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE