PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Warrant for Offender Under Supervision



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 15 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| Name of Offender: Palmer Tyson Stubblefield | Case Number: 4:07CR00083-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Offense:   Access Device Fraud

Date of Sentence:   October 1, 2007

Sentence:   Time Served followed by three (3) years supervised release with special conditions: six (6) months home confinement with electronic monitoring, drug testing, substance abuse treatment, mental health counseling, no employment with a FDIC institution, financial disclosure, no new lines of credit, DNA, restitution in the amount of $20, 197.01, special penalty assessment of $100 (paid)

Type of Supervision:   Supervised Release     Date Supervision Commenced: October 1, 2007
Expiration Date: September 30, 2010

Asst. U.S. Attorney: Edward O. Walker     Defense Attorney: Lisa G. Peters

U.S. Probation Officer: Michelle R Sims
Phone No.: 870-972-0986

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| General | **The defendant shall not commit another federal, state, or local crime.** |
| General | **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.** |
| General | **The defendant shall submit a truthful and complete written report within the first five days of each month.** |

On January 15, 2008, Mr. Stubblefield was charged with possession of a firearm by certain persons. On January 14, 2008, the Blytheville Police Department was informed that Mr. Stubblefield had rented a storage unit at Pyramid Mini Storage. A search warrant was issued and it is alleged that officers located a Honeywell safe containing a 9mm Hi-Point Handgun in the storage unit.

Prob 12C  Case 4:07-cr-00083-KGB   Document 22   Filed 04/15/08   Page 2 of 4
-2-                              Petition for Summons for
                                 Offender Under Supervision

Name of Offender: Palmer Stubblefield                Case Number: 4:07CR00083-1

Mr. Stubblefield violated 18 U.S.C §1001, in that when he submitted his monthly supervision report form on January 3, 2008, for the month of December, he knowingly and willfully provided false information with respect to the financial statement section which asked if he had rented or has access to a storage space. Mr. Stubblefield documented that he did not rent or have access to a storage space.

On or about December 27, 2007, Mr. Stubblefield signed a Rental Agreement with Pyramid Mini Storage.

**General**    **The defendant shall not commit another federal, state, or local crime.**

On January 10, 2008, Mr. Stubblefield was arrested by the Blytheville Police Department and charged with financial identity theft. According to the Investigation Report, on or about December 3, 2007, Mr. Stubblefield's girlfriend was arrested for fraudulent use of a credit card. She alleged that she received the credit card from Mr. Stubblefield, who allegedly told her that the credit card belonged to his cousin, Melessia Previtt. In fact, Ms. Previtt is not related to Mr. Stubblefield, however, she was a client and former employee of Petal Pushers, a flower shop that was owned and operated by Mr. Stubblefield's parents.

On January 10, 2008, Mr. Stubblefield was also charged with another count of financial identity theft. This occurred after Mr. Lester Mann spoke with Blytheville Police Officers to report financial identity theft. It is alleged that Mr. Stubblefield established several credit cards in Mr. Mann's name without his consent. The credit cards were diverted to Mr. Stubblefield's girlfriend's address. On January 11, 2008, U.S. Postal Inspector, Greg Newberry, interviewed Mr. Stubblefield, wherein Mr. Stubblefield allegedly admitted to showing his girlfriend how to obtain personal information belonging to other people, but denied actually obtaining the information himself. In addition, Mr. Stubblefield stated that he was with his girlfriend when she stole mail from Mr. Mann's address, but denied being involved in any wrongdoing.

On March 27, 2008, Mr. Stubblefield was released on bond.

On April 3, 2008, Mr. Stubblefield was arrested by the Blytheville Police Department and charged with financial identity theft. According to the Investigation Report, on or about February 20, 2008, Christina Williamson spoke with Blytheville Police Officers to report identity theft. According to Ms. Williamson, she received a statement from a collection agency in reference to a past due account with GAP clothing store. She denied ever opening up an account with GAP. A credit report revealed two addresses for the GAP account, 1120 W. Pecan. A previous investigation of financial identity theft revealed that Mr. Stubblefield was stealing mail from 1120 W. Pecan, namely, credit cards that were obtained fraudulently. Ms. Williamson also informed that she was a former employee of Petal Pushers.

Prob 12C                                -3-                     Petition for Summons for
                                                                Offender Under Supervision

Name of Offender: Palmer Stubblefield                 Case Number: 4:07CR00083-1

> It is noted that Mr. Stubblefield's federal conviction on the instant offense involved theft of personal information of customers from his parents' flower shop. In addition, within approximately three months of his federal conviction for fraud, Mr. Stubblefield has been arrested and charged with similar criminal activity. Detective Eddings informed that there appears to be numerous other victims in this case, with possible additional charges to be filed. Mr. Stubblefield is still in custody with his next court appearance scheduled for June 30, 2008.

**General**    **The defendant shall not commit another federal, state or local crime.**

**General**    **The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.**

> On January 10, 2008, Mr. Stubblefield was charged with possession of a controlled substance. After his arrest and charge of financial identity theft on January 10, 2008, the Blytheville Police Department went to Mr. Stubblefield's residence. Mr. Stubblefield's mother gave the police department written consent to search Mr. Stubblefield's room. An unlabeled prescription pill bottle that contained 83 pills, later identified as a schedule IV controlled substance, "Talwin NX" was discovered. It is a narcotic analgesic, used to treat severe pain.

> Mr. Stubblefield never informed this officer that he had any physical problems for which he was prescribed any medication, nor did he advise he was taking prescription medication.

It is requested that a warrant be issued and a revocation hearing held. The Government is represented by Assistant U.S. Attorney Edward O. Walker.

Case 4:07-cr-00083-KGB   Document 22   Filed 04/15/08   Page 4 of 4
Prob 12C
-4-
Petition for Summons for
Offender Under Supervision

Name of Offender: Palmer Stubblefield                              Case Number: 4:07CR00083-1

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on  April 9, 2008

_____                    _____
Michelle R Sims                                    Edward O, Walker
U.S. Probation Officer                             Assistant U.S. Attorney

Date:   April 9, 2008                              Date:   APRIL 14, 2008

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

MRS/cc

c:  Assistant U.S. Attorney, Edward O, Walker, P.O. Box 1229, Little Rock, AR 72203