**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:07R00083-001 SWW

PALMER STUBBLEFIELD

**ORDER**

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of defendant and statements on the record, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the supervised release previously granted this defendant shall be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS and ONE (1) DAY in the custody of the Bureau of Prisons which shall run consecutive to his undischarged term currently being served in the Arkansas Department of Correction. The Court recommends that defendant be incarcerated in the facility located in Millington, Tennessee, and that he participate in residential or non-residential substance abuse treatment during incarceration.

Upon release from imprisonment, defendant shall serve a term of TWO (2) YEARS of supervised release to be on the same terms and conditions as previously ordered in this matter.  In addition to such conditions, the following special conditions of supervised release are imposed:

1.  Defendant shall spend SIX (6) MONTHS in a half-way house such as City of Faith.

2.  Defendant shall participate, under the guidance and

       supervision of the United States Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential or non-residential treatment. Defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant also shall participate in mental health counseling under the guidance and supervision of the United States Probation Officer.

4. Defendant shall not obtain employment in an institution insured by the FDIC or a Federal Credit Union.

5. Defendant shall disclose financial information upon request of the U. S. Probation Office, including, but not limited to, loans, lines of credit and tax returns. This also includes records of any business with which defendant is associated.  No new lines of credit shall be established without prior approval of the U. S. Probation Office until all criminal penalties have been satisfied.

The balance of the restitution previously imposed is mandatory and remains due and payable in the amount of $20,097.01 payable to the victims outlined in the judgment filed in this matter on October 2, 2007. During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed.  During his term in community confinement and supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income.  The interest requirement is waived.

Defendant currently is serving a state sentence and is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 29th day of September, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE