IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:07CR00083 SWW |
| | ) | |
| PALMER TYSON STUBBLEFIELD | ) | |

**MOTION TO REMOVE ASSISTANT U.S. ATTORNEY
KAREN WHATLEY AS COUNSEL FOR THE UNITED STATES**

The United States of America, through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O Walker, Assistant U.S. Attorney for the Eastern District of Arkansas, and for its motion, states:

Assistant U.S. Attorney Edward O. Walker and former Assistant U.S. Attorney Karen Whatley are listed as counsel for the United States in this case. The United States respectfully requests that former AUSA Karen Whatley be removed as counsel for the United States.

WHEREFORE, the United States of America prays that former AUSA Karen Whatley and be removed as counsel of record for the United States.

        Respectfully submitted,

        CHRISTOPHER R. THYER
        United States Attorney

        By  /s/ *Edward O. Walker*
        EDWARD O. WALKER (2000076)
        Assistant U.S. Attorney
        P.O. Box 1229
        Little Rock, AR  72203
        (501) 340-2600
        Edward.o.walker@usdoj.gov

<u>Certificate of Service</u>

  I hereby certify that on November 7, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all attorneys of record.

               /s/ *Edward O. Walker*
               Edward O. Walker