PROB 12C
ED/AR (12/2012)

# United States District Court
### for the
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## SUPERSEDING PETITION
**(Replacing previously filed petition, Docket Entry 37)**

Name of Offender: Palmer Tyson Stubblefield          Case Number: 4:07CR00083-001 SWW

Name of Sentencing Judicial Officer:     Honorable Susan Webber Wright
United States District Judge

Original Offense:     Access Device Fraud

Date of Sentence:     October 1, 2007

Original Sentence:     Time Served followed by 3 years supervised release, 6 months home confinement with electronic monitoring, drug testing, substance abuse treatment, mental health counseling, shall not obtain employment in an institution insured by FDIC or federal credit union, financial disclosure, no new lines of credit, DNA testing, $20,197.01 restitution, and $100 special penalty assessment

September 29, 2008: Revocation: 12 months and one day Bureau of Prisons, 2 years supervised release, 6 months Residential Reentry Center placement, financial disclosure, no new lines of credit, shall not obtain employment in an institution insured by FDIC or federal credit union, mental health treatment, mandatory drug testing, substance abuse treatment, and $29,097.01 restitution

| | | |
|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: August 27, 2010<br>Date Supervision Expires: August 26, 2012 | |
| Mental Health Treatment Specialist: Selina M. Earsa<br>Phone No.: (501) 604-5258 | Asst. U.S. Attorney: Edward O. Walker | Defense Attorney: Lisa Peters |

## PETITIONING THE COURT

☒     To deny the Petition (Docket Entry 37) as moot and superseded by this petition.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | General | **The defendant shall not commit another federal, state, or local crime.**<br>According to an affidavit for arrest from the Saline County Sheriff's Department, filed on August 14, 2012, Mr. Palmer Tyson Stubblefield has committed the following offenses: domestic battery 3rd degree, a Class A misdemeanor; aggravated assault, a Class D felony; interference with emergency communication, a Class A misdemeanor, and terroristic threatening, a Class D felony. |

According to an arrest report obtained from the Jonesboro, Arkansas, Police Department, law enforcement officers executed a supervised release violation warrant on October 28, 2012, at Motel 6 located in Jonesboro, Arkansas, in reference to Mr. Palmer Tyson Stubblefield.  At the time of Mr. Stubblefield's arrest he was charged with felony possession of a controlled substance, felony possession of drug paraphernalia, and misdemeanor possession of a controlled substance and was transported to the Craighead County Jail.

On March 8, 2013, Mr. Palmer Tyson Stubblefield was indicted in the Eastern District of Arkansas for access device fraud and possession of stolen mail.  He received an initial appearance hearing on April 19, 2013, before U. S. Magistrate Judge Jerome T. Kearney, and Mr. Stubblefield remained detained.  A jury trial is scheduled before U.S. District Judge Kristine G. Baker for the week of November 12, 2013.

**2**     **Standard #9**     **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**  In regards to the above-reported August 12, 2012, incident, the victim is on federal supervision with the U.S. Probation Office of the Eastern District of Arkansas.  Both Mr. Stubblefield and the victim were aware of each other's criminal status and did not receive consent to have contact outside of their employment site, as they once both worked for Rich Logistics.

**3**     **Standard #6**     **The defendant shall notify the probation officer ten days prior to any change in residence or employment.**  After the above-reported affidavit of arrest on August 20, 2012, this officer attempted to contact Mr. Stubblefield by telephone with no success.  On August 20, 2012, this officer contacted a Saline County CID Investigator regarding the affidavit of arrest received, and the investigator reported local law enforcement did not believe Mr. Stubblefield was residing in Saline County at this time.  This officer last spoke with Mr. Stubblefield during a personal contact at his last reported residence in Benton, Arkansas, on June 29, 2012, to discuss the upcoming closure of his case.

**4**     **Standard #2**     **The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month**.  As of the writing of the original request for revocation, Mr. Stubblefield has failed to submit his July 2012 monthly supervision report which was due on August 5, 2012.

Prob 12C Superseding                                  -3-
Name of Offender:  Palmer Tyson Stubblefield                    Case Number:  4:07CR00083-001  SWW

I declare under penalty of perjury that           The U.S. Attorney's Office submits this
foregoing is true and correct.                    petition to be filed with Criminal Docketing
                                                  as a motion.

_____                  _____
Selina M. Earsa                                   Edward O. Walker
Mental Health Treatment Specialist                Assistant U.S. Attorney

Executed on _____May 9, 2013_____            Executed on _____MAY 13, 2013_____

═══════════════════════════════════════════════════════════════════════════════

THE COURT ORDERS:

☐          No Action

X          The Petition (Docket Entry 37) is denied as moot and superseded by this

           Petition.

☐          Other


Considered this ___16th___ day of

___may___, 2013 and made a

part of the records in the above case.          _____
                                                    Susan Webber Wright
                                                    United States District Judge