## *IN THE UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF ARKANSAS*
## *WESTERN DIVISION*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.       4:07CR00083-001  SWW | |
| PALMER TYSON STUBBLEFIELD | DEFENDANT |

## ORDER

Pending before the Court is defendant's motion to continue the revocation hearing currently scheduled July 26, 2013 until after the resolution of the pending state and federal charges. The motion to continue is unopposed by the government. The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance of the revocation hearing [doc #43] be, and it is hereby, ***granted***. The supervised release revocation hearing will be rescheduled on **WEDNESDAY, NOVEMBER 20, 2013 AT 1:00 P.M. in Courtroom #389.**

Dated this 15th day of July 2013.

/s/Susan Webber Wright
United States District Judge