UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:13CR00065 KGB |
| | ) | |
| PALMER STUBBLEFIED | ) | DEFENDANT |

## MOTION FOR CONSOLIDATION

Comes now the Defendant, Palmer Tyson Stubblefield, by and through undersigned counsel, Assistant Federal Public Defender Lisa G. Peters, and for his motion for consolidation of cases, respectfully requests that Case No. 4:13CR00065 KGB be consolidated with Case No. 4:07CR00083 SWW.

A motion to revoke supervised release has been filed in Case No. 4:07CR00083 SWW. The facts leading up to the indictment in Case No. 4:13CR00065 KGB form the basis for the allegations to revoke the supervised release for Mr. Stubblefield in Case No. 4:07CR00083 SWW. Case No. 4:13CR00065 KGB presently is set for a change of plea hearing on December 4, 2013.

Mr. Stubblefield respectfully requests that the cases be consolidated before the same District Court Judge so that disposition on the matters can occur at the same time. The government, represented by AUSA Edward Walker, has been contacted and does not oppose consolidation.

WHEREFORE, the Defendant, Palmer Tyson Stubblefied, respectfully prays that the above listed cases for the defendant be consolidated before the same District Court Judge.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By:

For:   Palmer Stubblefield, Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2013, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

P.O. Box 1229
Little Rock, AR 72203
E-mail:

Palmer Stubblefield, Defendant