FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

APR - 2 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| PALMER TYSON STUBBLEFIELD | |

Case No. 4:07CR00083-001 KGB
USM No. 24573-009

Lisa G. Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard 9, 6, & 2   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | The defendant shall not commit another federal, state or local crime. | 08/14/2012 |
| | | 10/29/2012 |
| Standard #9 | The defendant shall not associate with any person engaged in a criminal activity, and shall not associate with any (continued) | 08/14/2012 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7379

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Blytheville, AR

03/18/2014
_____
Date of Imposition of Judgment

*Kristine M. Baker* (signature)
_____
Signature of Judge

Kristine G. Baker                    U.S. District Judge
_____
Name and Title of Judge

April 2, 2014
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT: PALMER TYSON STUBBLEFIELD
CASE NUMBER: 4:07CR00083-001 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | (continued from Page 1) person convicted of a felony unless granted permission to do so by the probation oficer |  |
| Standard #6 | The defendant shall notify the probation officer ten days prior to any change in residence or employment. | 08/14/2012 |
| Standard #2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 08/05/2102 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __4__

DEFENDANT: PALMER TYSON STUBBLEFIELD
CASE NUMBER: 4:07CR00083-001 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

12 months, to run consecutively with term of imprisonment in 4:13CR00065-001 KGB (Continued on Page 4.)

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that subject to the BOP making the final decision, Mr. Stubblefield be housed in a facility in close geographic proximity to Texarkana, Arkansas. (Continued on Page 4.)

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2A — Imprisonment

DEFENDANT: PALMER TYSON STUBBLEFIELD
CASE NUMBER: 4:07CR00083-001 KGB

Judgment—Page  4  of  4

## ADDITIONAL IMPRISONMENT TERMS

Imprisonment Continued From Page 3:

The Court has sentenced Mr. Stubblefield to an aggregate consecutive sentence of 42 months, 12 months for 4:07CR00083 and 30 months for 4:13CR00065. Mr. Stubblefield has been detained by federal authorities since October 28, 2012. The Court directs the Bureau of Prisons to credit this time served toward his 42-month federal sentence imposed in cases 4:07CR00083 and 4:13CR00065.

Recommendations Continued From Page 3:

The Court recommends that Mr. Stubblefield participate in nonresidential substance abuse treatment during incarceration. The Court also recommends that he participate in any mental health treatment programs that are available during incarceration.